UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADARME,<br>          Plaintiff,<br><br>  vs.<br><br>HILCO RECEIVABLES, LLC ET AL,<br><br>          Defendant. | No. C07-01994 SBA<br><br>ORDER DISMISSING ACTION |

       The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

       IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

       IT IS SO ORDERED.

DATED: 9/4/07

                                 SAUNDRA BROWN ARMSTRONG
                                 United States District Judge